QUINN EMANUEL URQUHART & SULLIVAN, LLP
Viola Trebicka (Bar No. 269526)
violatrebicka@quinnemanuel.com
Danielle Shrader-Frechette (Bar No. 300842)
daniellefrechette@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendants Bumble Trading LLC and Whitney Wolfe Herd*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CHRISTINE JOHNSON and DIANE FOSTER, on behalf of themselves and all others similarly situated, | Case No. 5:24-cv-02148 |
| Plaintiffs, | **NOTICE OF RELATED CASE** |
| v. | |
| BUMBLE TRADING, LLC; WHITNEY WOLFE HERD, and DOES 1 THROUGH 20, INCLUSIVE, | |
| Defendants. | |

Pursuant to Pursuant to Local Rule 83-1.3, Defendants hereby provide notice that this case is related to *Johnson v. Bumble*, Case. No. 5:24-cv-00740-KK-SHK ("*Johnson* 1"), a case that was previously filed in this District Court on April 9, 2024 and dismissed by Plaintiffs without prejudice on July 8, 2024.

The instant action and *Johnson 1* are largely identical. Both are putative class actions brought by Plaintiffs Christine Johnson and Diane Foster alleging that Defendant Bumble Trading LLC's ("Bumble") violated California's Unruh Act. Specifically, in both actions Plaintiffs allege that the "Make The First Move" feature on Bumble's popular online dating application—a feature that Plaintiffs allege allows heterosexual women the unliteral ability to "initiate a conversation" with the men they match with on the application—arbitrarily and irrationally discriminates against heterosexual women in violation of California's Unruh Act. *Johnson 1* sought the same remedies Plaintiffs seek here: (1) statutory damages under the Unruh Act, (2) attorneys' fees, and (3) injunctive relief. The principal differences between the two matters is that Plaintiffs have added Defendant Whitney Wolfe Herd and are no longer asserting claims for negligence.

Accordingly, the instant action and *Johnson 1* are related under Local Rule 83-1.3 because they "arise from the same . . . transaction, happening, or event" and "call for the determination of the same or substantially related or similar questions of law and fact." *See* C.D. Cal. LR 83-1.3.

1   DATED:  October 9, 2024

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Viola Trebicka*
    Viola Trebicka (Bar No. 269526)
    violatrebicka@quinnemanuel.com
    Danielle Shrader-Frechette (Bar No. 300842)
    daniellefrechette@quinnemanuel.com
    Alex Bergjans (Bar No. 302830)
    alexbergjans@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
    Telephone:   (213) 443-3000
    Facsimile:    (213) 443-3100

    *Attorneys for Defendant Bumble Trading LLC and Whitney Wolfe Herd*

CASE NO. 5:24-CV-02148
NOTICE OF RELATED CASE

# **CERTIFICATE OF SERVICE**

  I, the undersigned counsel of record for Defendants Bumble Trading LLC and Whitney Wolfe Herd certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on October 9, 2024, upon all counsel of record via email, pursuant to an electronic service stipulation, and via overnight mail.

Dated:  October 9, 2024

           QUINN EMANUEL URQUHART
           & SULLIVAN LLP

           */s/ Viola Trebicka*
           Viola Trebicka (Bar No. 269526)
           violatrebicka@quinnemanuel.com
           Danielle Shrader-Frechette
           (Bar No. 300842)
           daniellefrechette@quinnemanuel.com
           Alex Bergjans (Bar No. 302830)
           alexbergjans@quinnemanuel.com
           865 South Figueroa Street, 10th Floor
           Los Angeles, California 90017-2543
           Telephone: (213) 443 3000
           Facsimile: (213) 443 3100

           *Attorneys for Defendants*
           *Bumble Trading LLC and Whitney*
           *Wolfe Herd*