Alfred G. Rava, SBN 188318
Rava Law Firm
3667 Voltaire Street
San Diego, CA 92106
Phone: 619-238-1993
Email: alrava@ravalaw.com

Attorney for Plaintiffs Christine Johnson,
Diane Foster, and the Putative Class

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTINE JOHNSON and DIANE FOSTER, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BUMBLE TRADING, LLC; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>                Defendants. | Case No. 5:24-cv-02148<br><br>**PLAINTIFFS' OBJECTION TO DEFENDANTS' NOTICE OF RELATED CASE** |

Pursuant to Local Rule 83-1.3.3, Plaintiffs Christine Johnson and Diane Foster object to Defendants' Notice of Related Case because there is no case related to the above-entitled case pending in this court, or in any other court. The case Defendants claim is related to the above case, *Johnson v. Bumble,* Case No. 5:24-cv-00740-KK-SHK, labelled in Defendants' Notice as "*Johnson I,*" has been, as stated in Defendants' Notice, "dismissed by Plaintiffs without prejudice on July 8, 2024." Furthermore, that Court's docket heading for *Johnson I* reads, "Date Terminated 07/15/2024."

PLAINTIFFS' OBJECTION TO DEFENDANTS' NOTICE OF RELATED CASE
Case No. 5:24-cv-02148

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      Furthermore, *Johnson* I was "dismissed" and "Terminated" while in its nascent stage – before the *Johnson I* plaintiffs filed an opposition to that defendant's motion to dismiss and after the *Johnson I* plaintiffs filed a voluntary dismissal under FRCP Rule 41(a)(1). *See* Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1078 (9th Cir. 1999) ("[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it.") (Emphasis added.)

Dated: October 9, 2024

Rava Law Firm

 s/ *Alfred G. Rava*
Alfred G. Rava (SBN 188318)
Rava Law Firm
3667 Voltaire Street
San Diego, CA 92106
Phone: 619-238-1993
Email: alrava@ravalaw.com

*Attorney for Plaintiffs Christine Johnson and Diane Foster*

2

PLAINTIFFS' OBJECTION TO DEFENDANTS' NOTICE OF RELATED CASE
Case No. 5:24-cv-02148